UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEREMY AUMAN, individually
and on behalf of all others similarly situated,

        Plaintiff,

                                Case No.: 1:17-cv-02848-VSB

    v.

CONFIDE, INC., a Delaware Corporation,        **NOTICE OF VOLUNTARY**
                                       **DISMISSAL PURSUANT TO**
        Defendant.                **FED. R. CIV. P. 41(a)(1)(A)(i)**


------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Plaintiff Jeremy Auman ("Plaintiff"), by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendant Confide, Inc. ("Confide").

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Confide has not served an answer, a motion for summary judgment, or any other response in this action. Accordingly, this action may be dismissed without an Order of the Court.

                                             Respectfully submitted,

                                           **JEREMY AUMAN**, individually and on
                                           behalf of all others similarly situated,

Dated: June 13, 2017                    By: /s/ Benjamin H. Richman
                                    One of Plaintiff's Attorneys

John C. Re (JR7239)
jre@kelaw.com
KURZMAN EISENBERG CORBIN & LEVER, LLP
One North Broadway
White Plains, New York 10601
Tel: 914.285.9800
Fax: 914.993.6009

Benjamin H. Richman*
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted *pro hac vice*

*Attorneys for Plaintiff and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on June 13, 2017, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          /s/ Benjamin H. Richman